IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA     )
                                       )
v.                                   )     No.  3:08-CR-26
                                       )
STEVEN WAYNE WOOD         )


# O R D E R


       This criminal case is before the court on the report and
recommendation of magistrate judge H. Bruce Guyton [doc. 80] that the
defendant's motion to suppress his statements to law enforcement officers be
denied.  Neither the defendant nor the government have filed any objections to
the report and recommendation, and no transcript of the suppression hearing has
been prepared.

       Under 28 U.S.C. § 636(b), a *de novo* review by the district court of a
magistrate judge's report and recommendation is both statutorily and
constitutionally required.  *See United States v. Shami*, 754 F.2d 670, 672 (6th Cir.
1985).  However, it is necessary only to review "those portions of the report or
specified proposed findings or recommendations to which objection is made."  28
U.S.C. § 636(b); *see also United States v. Campbell*, 261 F.3d 628, 631-32 (6th
Cir. 2001).

The court has reviewed *de novo* the report and recommendation, the pleadings and the exhibits to the suppression hearing and **ADOPTS** the findings of fact and conclusions of law set out in the report and recommendation. The court notes that the defendant admitted that he signed a waiver of rights form, and no evidence was adduced at the hearing that any officer told the defendant that his statement would be "off the record." Therefore, it is hereby **ORDERED** that the defendant's motion to suppress his statements to law enforcement officers [doc. 53] is **DENIED**.

ENTER:

_____*s/ Leon Jordan*_____
United States District Judge

2